# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE GREGORY**, | : | CIVIL ACTION NO. 1:09-CV-1928 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **ENHANCED RECOVERY CORP.**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 2nd day of November, 2009, upon consideration of plaintiff's motion (Doc. 6) for reconsideration of the order of court (Doc. 5) dated October 23, 2009, wherein the court denied plaintiff's motion (Doc. 4) for leave to proceed *in forma pauperis*, and the court finding that there are no manifest errors of law or fact in the challenged order, and that plaintiff presents no new evidence for the court's review, see Harsco Corp. v. Zlotniki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion (Doc. 6) for reconsideration is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge