# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE GREGORY**, | : | CIVIL ACTION NO. 1:09-CV-1928 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| **ENHANCED RECOVERY CORP.**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of November, 2009, upon consideration of the order of court (Doc. 5) dated October 23, 2009 denying plaintiff's motion to proceed *in forma pauperis* in the above-captioned matter, and requiring plaintiff to remit the applicable filing fee on or before November 6, 2009, and it appearing that as of the date of this order, plaintiff has not complied with the court's order, it is hereby ORDERED that plaintiff's complaint is DISMISSED without prejudice. See L.R. 4.3 ("The clerk shall not be required to enter any civil action, file any paper or issue any process therein, . . . unless the fees therefor shall first be paid by the party requesting the same."); see also 28 U.S.C. § 1914 (requiring filing fee of $350 to institute civil action). The Clerk of Court is instructed to CLOSE this case.

                                                      S/ Christopher C. Conner
                                                      CHRISTOPHER C. CONNER
                                                      United States District Judge